UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JIMMY GROS** | **CASE NO. 6:20-CV-01076** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAG. JUDGE WHITEHURST** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [ECF No. 27], and after an independent review of the record, noting the absence of any objections, and having determined that the findings and recommendations are correct under the applicable law,

**IT IS ORDERED** that Claimant's Motion to Supplement Administrative Record [ECF No. 12] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED**, and this matter is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to again evaluate the claimant's residual functional capacity based upon the evidence in the administrative record, as supplemented with the February 2020 medical records from OLSH

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

Neurosurgery. The claimant should additionally be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

      **THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 5th day of January, 2022.

                                          ROBERT R. SUMMERHAYS
                                          UNITED STATES DISTRICT JUDGE